IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAYLEN ATKINS**                                                           **PLAINTIFF**

v.                      CASE NO. 4:25-CV-00226-BSM

**JORDAN ABLES,** *et al.*                                      **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE